To whom this may concern

12.12.2022

As personal character witnesses we would like to say a few things about Nerijus Tautvydas. In the years of knowing Nerijus, we can all in agreement say that he is a great friend, father, husband and a member of our community. He takes care of his two sons and loves them unconditionally. We can all verify that as a father figure he is a role model and a positive example for his children. His children depend on him financially and emotionally. He has his kids involved in many extracurricular activities which he himself always attends no excuses. He has never missed a game or any other functions his boys are involved in. Those boys only know life with their father always by their side. Raising two young boys is not easy but Nerijus does it like it's second nature to him. With out Nerijus the kids will experience great distress and at a such young age this could be very crucial not having their father next to them as they grow up to be stand up young men. Nerijus is not only a great father but an outstanding husband. He loves and takes care of his wife unconditionally. As a friend and a member of the community Nerijus is always the one to help and support everyone in need. He is a friend that one can truly depend on whenever needed. As his personal friends and acquaintances, we can all vouch to guarantee that Nerijus will meet his bond requirement for his release.

Rimvydas Otuskevicius

NERyus Zitkavicius

Janina Zitkevicius

Rugile Masenaovas

Arunas Klevas

EXHIBIT A