## ATN-Trans Inc.

**Mailing Address:**
727 S County Line Rd
Hinsdale, IL 60521
**Physical Location:**
24W947 Ramm Dr
Naperville, IL 60564

To whom this may concern

12/13/2022

    On Behalf of ATN-Trans Inc. I would like to express the value Nerijus Tautvydas has to the company. He serves as the president and operations manager for the company. His position has irreplaceable value to the daily operations of the business. He currently employs a great number of people that depend on his presence. He has qualities of a great boss to his employees and partners. He is very responsible, honest and shows a great deal of care to everyone he encounters around the business and outside. As a business owner and in charge of operations he has responsibilities that need to be attended daily. He runs the transportation logistics department along with a repair shop that handles all equipment repairs for the company owned equipment and provides repair and body works services to outside clients. He currently has financial obligations to lenders such as Lend Buzz for the company equipment. His other financial obligations include, employee and contractor pay, fuel card payments, office and repair facility lease payments, current insurance policy payments and many other business expenses. During his absence, numerous of business decisions have been at a standstill, many people are in jeopardy of losing their jobs and their weekly paycheck they have worked for and depend on. Employees of ANT-Trans Inc. are scared and not sure what the future holds for them if the company were to close, and they were to lose their jobs. Nerijus reports to the office between the hours of 7am to 5:30pm, he is on call 24 hours for road services, mechanical issues and any other work-related questions or issues. On behalf of everyone in the company I can say that working with Mr. Tautvydas has been nothing but a pleasure. He has created a very professional and warm family like environment for all his employees and clients. ATN-Trans Inc has shown to be financially successful and secure company since it has opened. The company could guarantee to cover any future court bonds required by the court for his release.

X _____

Justinas Aranauskas
Company Representative

**EXHIBIT B**