

# LIETUVOS RESPUBLIKOS
# GENERALINĖ PROKURATŪRA

Teisingumo departamento
Tarptautinių ryšių skyriaus
Teismo prokurorui
Jason F. Cunningham

2023-01-~~30~~ Nr. TP-05-00009-22
Jūsų reg. Nr. CRM-95-100-30359

el. paštu: Jason.Cunningham@usdoj.gov

## DĖL PAPILDOMOS INFORMACIJOS PATEIKIMO NERIJAUS TAUTVYDO EKSTRADICIJOS BYLOJE (DŽERKINIAI BYLA)

Gerbiamas Pone,

Lietuvos Respublikos generalinė prokuratūra reiškia Jums pagarbą ir vadovaudamasi Lietuvos Respublikos Vyriausybės ir Jungtinių Amerikos Valstijų Vyriausybės ekstradicijos sutarties, patvirtintos Protokolu dėl Europos Sąjungos ir Jungtinių Amerikos Valstijų susitarimo dėl ekstradicijos taikymo Lietuvos Respublikos Vyriausybės ir Jungtinių Amerikos Valstijų Vyriausybės ekstradicijos sutarčiai (toliau – Ekstradicijos sutartis), 8 bis straipsniu, siunčia Jums Lietuvos Respublikos generalinės prokuratūros Organizuotų nusikaltimų ir korupcijos tyrimo skyriaus prokurorės Aidos Japertienės, kontroliuojančios ikiteisminį tyrimą Nr. 01-1-09596-21, atsakymą (toliau – Atsakymas) į kompetentingos Jungtinių Amerikos Valstijų (toliau - JAV) institucijos 2023 m. sausio 25 d. paklausimo (toliau - Paklausimas), 2-6 punktuose nurodytus klausimus (atitinkamai Atsakymo 1-5 punktai).

Atsakydami į Paklausimo 1 punkte suformuluotą klausimą bei vadovaudamiesi Ekstradicijos sutarties 8 straipsnio 3 dalies c punktu, pateikiame informaciją, kaip Lietuvos institucijos atpažino Nerijaus Tautvydo SKY ECC paskyrą:

SKY Ecc šifruotą susižinojimo sistemą teisėsaugos institucijos sėkmingai atrakino, dešifravo ir nuskaitė 2021-03-10.

2021-05-12 surašytas Europos tyrimo orderis į Prancūzijos Respubliką dėl SKY duomenų pateikimo. Prancūzijos Respublikos teisėsaugos institucijos Europos tyrimo orderį įvykdė ir prašomus duomenis Lietuvos Respublikos teisėsaugos institucijoms pateikė 2021-07-19.

Nustatyta, jog „Džerkos" ONG nariai nusikalstamų veikų organizavimui ir vykdymui naudoja kriptuotą ryšį užtikrinančiomis ryšio priemonėmis. Viena iš tokių ryšio sistemų, kuria naudojasi ONG nariai yra „Sky Ecc". Atliekant aktyvius tyrimo veiksmus nustatyti dalis Nerijaus Tautvydo ir kitų ONG narių telefonų aparatų, naudojamų „Sky Ecc" sistemoje.

Dekriptavus informaciją siųstą „Sky Ecc" sistemoje, tyrimo metu gautas „Džerkos" ONG narių siųstas turinys bei unikalūs identifikatoriai. Analizuojant minėtą informaciją nustatyti „Sky Ecc" sistemos unikalūs identifikatoriai 84AIUB, GBK4VE, KJ78AV, kurių naudotojas Nerijus Tautvydas.

Kad Nerijus Tautvydas naudojasi šifruota SKY Ecc platforma patvirtina ir tai, kad 2020 m. gruodžio mėn. Nerijus Tautvydas iš SKY telefono, kurio unikalus identifikatorius 84AIUB, išsiuntė fotonuotrauką, kurioje matosi banko kortelės dalis su nurodytu vardu ir pavarde "NERIJUS TAUT"

---



Nerijaus Tautvydo naudojami unikalūs identifikatoriai nustatyti:

Sutapus informacijai gautai tyrimo metu ir informacijai gautai analizuojant informaciją siųstą „Sky Ecc" sistemoje. Pvz. atliekant aktyvius tyrimo veiksmus Nerijaus Tautvydo atžvilgiu nustatyta, jog 2021-02-18 Nerijus Tautvydas sūnų, kuris susižeidė pramogaudamas, vežė į gydymo įstaigą. Analizuojant „Sky Ecc" sistemoje siųstus duomenimis nustatyta, jog 2021-02-18 Nerijus Tautvydas „Sky Ecc" sistemoje veikiančiu galiniu įrenginiu siunčia savo sūnaus nuotrauką iš gydymo įstaigos ir aprašo susižeidimo aplinkybes sutampančias su anksčiau tyrimo metu gauta informacija; sutampa tyrimo metu gauta informacija ir informacija gauta analizuojant „Sky Ecc" sistemoje siųstus duomenis apie Nerijaus Tautvydo keliones bei jų aplinkybes.



2021-02-18 09:27:41    GBK4VE    D5LV4T, GBK4VE

Visais nustatytais jo įrenginiais siųstos nuotraukos iš jo gyvenamų namų, šeimos narių nuotraukos. Nuotraukose vizualiai identifikuojami jo namai, namų aplinka, naudojami automobiliai.

Atliekant Nerijaus Tautvydo sekimą, buvo fiksuoti jo gyvenamojo namo aplinka ir eksterjeras, naudojamas automobilis, šeimos nariai. Taigi, Lietuvos kriminalinės policijos biuro tyrėjai, atliekantys tyrimą ir analizavę SKY Ecc duomenis, rėmėsi kitų ankstesnių tyrimo veiksmų fiksuotais duomenimis ir atpažino Nerijaus Tautvydo namus, šeimos narį jo siųstose fotonuotraukose.






4




    Nerijus Tautvydas „Sky Ecc" sistemoje dalijasi asmenine informacija, pvz. 2021-02-13 Nerijus Tautvydas parašo, kad šiandien mamos 70-asis gimtadienis. Patikrinus informaciją informacinėse sistemose nustatyta, jog Nerijaus Tautvydo motina Elena Tautvydienė gimusi 1951-02-13;

    Perklausius balso pranešimus siųstus įrenginiais veikiančiais „Sky Ecc" sistemoje, minėtas balsas, pareigūnų tyrimo metu klausiusių Nerijaus Tautvydo telefoninių pokalbių, atpažintas kaip Nerijaus Tautvydo.

    Dėkojame už Jūsų pagalbą.

    PRIDEDAMA:
    1. Atsakymas originalo kalba, 4 lapai.
    2. Atsakymo vertimas į anglų kalbą, 6 lapai.

Pagarbiai

Baudžiamojo persekiojimo departamento
vyriausiojo prokuroro pavaduotojas                                                Arūnas Meška

J. Zieniūtė, +370 5 266 24 48, el. p. jurga.zieniute@prokuraturos.lt



**LIETUVOS RESPUBLIKOS GENERALINĖ PROKURATŪRA**
PROSECUTOR GENERAL'S OFFICE OF THE REPUBLIC OF LITHUANIA

Jason F. Cunningham
Trial Attorney
Office of International Affairs
United States Department of Justice

30 January 2023, ref. No. TP-05-00009-22

Your ref. No. CRM-95-100-30359

by e-mail: Jason.Cunningham@usdoj.gov

**RE: PROVISION OF SUPPLEMENTARY INFORMATION IN NERIJUS TAUTVYDAS EXTRADITION CASE (*DŽERKINIAI* CASE)**

Dear Sir,

Prosecutor General's Office of the Republic of Lithuania pays its respects to you and, in accordance with Article 8 *bis* of Extradition Treaty between the Government of the Republic of Lithuania and the Government of the United States of America which has been approved by the Protocol on the Application of the Agreement on Extradition between the European Union and the United States of America to the Extradition Treaty between the Government of the Republic of Lithuania and the Government of the United States of America (hereinafter referred to as Extradition Treaty), hereby encloses a response (hereinafter referred to as Response) drafted by Ms Aida Japertienė, Prosecutor at the Department for Organised Crime and Corruption Investigation of the Prosecutor General's Office of the Republic of Lithuania who is in charge of pre-trial investigation No. 01-1-09596-21 with regard to questions set out in Points 2 to 6 of the inquiry of the competent authority of the United States of America (hereinafter referred to as the USA) dated 25 January 2023 (hereinafter referred to as Inquiry) (Points accordingly marked 1 to 5 in Response).

In reply to question in Point 1 of the Inquiry and in accordance with the provisions of Article 8(3)(c) of the Extradition Treaty, we hereby provide the following information on how Lithuanian authorities have identified SKY ECC account of Nerijus Tautvydas:

On 10 March 2021 the law enforcement successfully dismantled the encrypted SKY Ecc system, decrypted its data and were able to read it.

On 12 May 2021 Lithuania referred to the Republic of France with the official letter of request (with the European Investigation Order) for the acquisition of the SKY Ecc data. The law enforcement of France executed the Lithuanian European Investigation Order and submitted the requested data to Lithuanian law enforcement on 19 July 2021.

It has been determined that the member of „Džerkos" OCG use means of communication that ensure encrypted communication for the organization and execution of criminal acts. Sky Ecc is one of such communication systems used by OCG members. While performing the active investigation actions, several mobile phones and devices used by Nerijus Tautvydas and other OCG members in the Sky Ecc system had been identified.

Budgetary institution, 5A Rinktinės St., LT-01515 Vilnius
Data collected and stored in the Register of Legal Entities, code 288603320
Tel (8 5) 266 2304, fax (8 5) 266 2317, e-mail: generaline.prokuratura@prokuraturos.lt

2

Having decrypted the information sent in the "Sky Ecc" system, the content and unique identifiers sent by ONG members have been identified in the investigation. Analyzing that decrypted information, the unique identifiers of the Sky Ecc system 84AIUB, GBK4VE, KJ78AV and their user Nerijus Tautvydas were identified.

The fact that Nerijus Tautvydas was using decrypted SKY Ecc system is proved by the circumstance that in December 2020 Nerijus Tautvydas sent a photo, where a part of the credit card was seen with the name and surname on it „NERIJUS TAUT" and it was sent in the SKY Ecc system with the unique identifier 84AIUB.



The unique identifiers used by Nerijus Tautvydas have been determined in the following way:
when the information obtained when performing the investigative actions matched with the information obtained by analyzing the information sent in the Sky Ecc system. For example, during active investigative steps in relation to Nerijus Tautvydas it was determined that on 18 February 2021 Nerijus Tautvydas brought his son, who injured himself during some entertainment, to the medical health institution. When analyzing the Sky Ecc messages it was established that on 18 February 2021 Nerijus Tautvydas sent his son's photo from medical health institution by the terminal equipment in the Sky Ecc system and described in written the circumstances of the injury that matched the information previously received in the investigation; the information received during the investigation match the information received during the analysis of the Sky Ecc messages about the travels of Nerijus Tautvydas and their circumstances.

3



| 2021-02-18 09:27:41 | GBK4VE | | D5LV4T, GBK4VE |

Photos from his home, photos of family members that were sent through all of his identified devices. The photos visually identify his home, home environment, used cars.

During the surveillance of Nerijus Tautvydas, the surroundings and exterior of his residence, as well as the car he used, his family members were captured. So the Lithuanian Criminal Police Bureau officers investigating OCG, and who have analyzed the SKY Ecc data, relied on the data captured by their previous investigative actions and recognized Tautvydas's home, his family member in the images he posted on the Sky Ecc.

SPECIFIC MESSAGES FROM SKY:





Nerijus Tautvydas shared personal information in the „Sky Ecc" system, such as: on 13 February 2021 Nerijus Tautvydas wrote that a 70-year anniversary of his mother was on that day. Having checked the information in database systems it was established that his mother Elena Tautvydienė was born on 13 February 1951.

Having listened to the voice messages sent through devices operating in the Sky Ecc system, the said voice, which previously the officers wiretapped when listening to the conversation of Nerijus Tautvydas during the investigation, had been recognized as the voice of Nerijus Tautvydas.

5

Please accept our gratitude for your assistance.

ENCLOSED:

1. Response, original version, 4 p.;
2. Response, translated into English, 6 p.

Yours sincerely,

Deputy Chief Prosecutor  /signature/  Mr Arūnas Meška
Department for Criminal Prosecution

By: Ms J. Zieniūtė , tel. +370-5-2662448, jurga.zieniute@prokuraturos.lt

*Translation corresponds to the original text.*
*A. Gilytė, translator/interpreter of the Prosecutor General's Office of the Republic of Lithuania, has been warned about criminal liability under Article 235 of the Criminal Code of the Republic of Lithuania for making a false or deliberately misleading translation.* 

Elektroninio dokumento nuorašas

 

# GENERALINĖS PROKURATŪROS ORGANIZUOTŲ NUSIKALTIMŲ IR KORUPCIJOS TYRIMO DEPARTAMENTAS

**Originalas nebus siunčiamas**

Generalinės prokuratūros Baudžiamojo
persekiojimo departamento prokurorei
Jurgai Zieniūtei
El. p.: jurga.zieniute@prokuraturos.lt

2023-01-27 Nr. TP-05-00009-22
Į 2023-01-26 Nr. TP-05-00009-22

## PAPILDOMA INFORMACIJA DĖL NERIJAUS TAUTVYDO EKSTRADICIJOS IŠ JAV

Atsakydami į Jūsų raštą „DĖL NERIJAUS TAUTVYDO EKSTRADICIJOS IŠ JAV: PAPILDOMOS INFORMACIJOS PRAŠYMAS", teikiame papildomus duomenis.

**1. a)** Šiuo metu ikiteisminiame tyrime disponuojama duomenimis apie ginkluoto nusikalstamo susivienijimo (toliau – GNS) dalyvių naudojamas dvi grynųjų pinigų kasas:

- grynųjų pinigų kasa, į kurią fiksuotą pinigų sumą (nario mokestį) bei tam tikrą dalį nuo pelno gaunamo iš vykdomų nusikalstamų veikų moka visi GNS dalyviai, tame tarpe ir lyderiai. Minėti pinigai naudojami GNS dalyvių, kurių atžvilgiu vykdomas baudžiamasis persekiojimas teisinės gynybos užtikrinimui, įkalinimo bausmes atliekančių GNS dalyvių bei jų šeimų finansiniam palaikymui ir pan. Minėti duomenys pagrindžiami liudytojų parodymais bei išslaptintais apibendrintais duomenimis, kurie šiuo metu atsižvelgiant į tyrimo subjekto teisėtus interesus (siekiant neatskleisti tyrimo metu naudojamų metodų, informacijos šaltinių) nėra išslaptinti pilna apimtimi, tačiau planuojama, jog artimiausiu metu tai bus padaryta nepakenkiant tyrimo subjekto teisėtiems interesams.

- grynųjų pinigų kasa, kurioje buvo laikomi Džeraldo Paulausko, Valdemaro Raudonio, NERIJAUS TAUTVYDO, Ramūno Lapinsko, Oleg Kravchenko grynieji pinigai, gaunami iš vykdomų bendrų nusikalstamų veikų. Užsienio šalyse iš prekybos narkotinėmis medžiagomis gauti pinigai buvo pervežami į Lietuvą, kur gautu pelnu buvo dalijamasi, taip pat sprendžiama, kuri dalis pinigų toliau bus nukreipta investuoti į narkotinių medžiagų įgijimą, sąlygų sudarymui ir kliūčių pašalinimui vykdyti narkotinių medžiagų kontrabandą ir pan. Minėti duomenys pagrindžiami ETO pagrindu iš Prancūzijos teisėsaugos institucijų gautais duomenimis apie minėtų asmenų „Sky Ecc" sistemoje siųstus ir gautus duomenis.

Informacija grindžiama ir liudytojo M. K. (šio asmens duomenys neatskleidžiami dėl asmens saugumo ir tyrimo sėkmės) parodymais. Liudytojas M. K. apklausos metu parodė, kad: „Aš esu girdėjęs iš tų asmenų, kad kiekvienas grupės narys kiekvieną mėnesį sumoka į bendrą grupuotės kasą – taip vadinamą „obščaką" (rašto autoriaus pastaba – „bendras grynųjų pinigų fondas") 10 % nuo iš nusikalstamų veikų gautų pinigų, arba, jei tą mėnesį žmogus iš nusikaltimų pajamų neturėjo, tai vis tiek turi sumokėti tam tikrą pinigų sumą - procentą. Aš negaliu pasakyti kokia tai suma. Pas ką laikomas „obščakas" aš irgi nežinau".

Šiuo metu baudžiamojoje byloje neturime duomenų kur buvo saugomi minėti pinigai, atliekami aktyvūs veiksmai, kad nustatyti pinigų saugojimo vietą.

Nuorašas tikras
Generalinės prokuratūros Organizuotų nusikaltimų ir korupcijos tyrimo departamentas
2023-01-27

Biudžetinė įstaiga, Rinktinės g. 5A, LT-01515 Vilnius, tel. (8 5) 266 2304, faks. (8 5) 266 2317,
el. p. generaline.prokuratura@prokuraturos.lt
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 288603320



**1. b)** Tyrimo metu apžiūrint GNS dalyvių „Sky Ecc" sistemoje siųstus ir gautus duomenis nustatyta, jog NERIJUS TAUTVYDAS reguliariai duodavo nurodymus Mindaugui Švermickui dėl GNS lyderių bendrai disponuojamų grynųjų pinigų, jų panaudojimo.

**1. c)** Tyrimo metu apžiūrint GNS dalyvių „Sky Ecc" sistemoje siųstus ir gautus duomenis, nustatyta, jog NERIJUS TAUTVYDAS reguliariai duodavo nurodymus Mindaugui Švermickui dėl GNS lyderių ir bendrai disponuojamų grynųjų pinigų. NERIJUS TAUTVYDAS Mindaugui Švermickui nurodydavo kam kiek pinigų perduoti, kokias pinigų sumas pervežti į tam tikras vietas paslėpti ir pan.

Liudytojas Jaskowski nurodė svarbias aplinkybes apie „bendrą grynųjų pinigų fondą" ir bendrų lėšų naudojimą. Liudytojas Jaskowski apklausiamas parodė (be kitų svarbių aplinkybių), kad iš „Džerkinių" bei vairuotojų pasakojimų Jaskowski žinojo, kad N. TAUTVYDAS ir V. Raudonis visada dalyvavo hašišo Ispanijoje ir pinigų Olandijoje pakrovime ir iškrovime. Su Jaskowski susitikinėjo Dž. Paulauskas, N. TAUTVYDAS ir V. Raudonis. *Jų nurodymu ir lėšomis* Jaskowski Olandijoje įgijo puspriekabę Chereau (byloje lyg yra 2015-10-21 sąskaita faktūra), kurioje vėliau Lietuvoje grindyse buvo įrengta slėptuvė. Joje tilpo 400-500 kg hašišo. Viso susitikimų buvo daug tiek Lenkijoje, tiek Lietuvoje, taip pat Ispanijoje ir Olandijoje. Vienas tokių susitikimų buvo 2016-10-10 Augustave Lenkijoje, kurio metu jam N. TAUTVYDAS *perdavė 200 000 eurų.* Ten buvo atvykę Dž. Paulauskas ir N. TAUTVYDAS.

**2.** Tyrimo subjektas disponuoja informacija, kurios dalis išslaptinta ir pateikta į ikiteisminį tyrimą, apie GNS dalyvių vykdomą nusikalstamą veiklą nuo 2014 metų. Disponuojama informacija, jog GNS lyderiai ir jiems artimi GNS dalyviai dalyvaudavo susitikimuose su kitų šalių GNS dalyviais. Kitose užsienio šalyse atliekamuose tyrimuose dėl dalies šių asmenų, kurie neteisėtai disponavimo narkotinėmis medžiagomis kartu su „Džerkos" GNS dalyviais, vykdomas baudžiamasis persekiojimas. Liudytojas Jaskowski savo parodymuose nurodė, kad „susitikimų buvo daug tiek Lenkijoje, tiek Lietuvoje, taip pat Ispanijoje ir Olandijoje".

**3.** „Sky Ecc" sistemoje siųsti GNS dalyvių duomenys, išslaptinta apibendrinta informacija parodo, jog Nerijus Tautvydas yra vienas iš vadovaujančias pozicijas GNS struktūroje užimančių asmenų. Tokia išvada daroma remiantis „Sky Ecc" pranešimų visumos analize iš kurios matyti, kad jam buvo teikiama svarbi (informaciją perduodavo ir Dž. Paulauskas) su daromomis nusikalstamomis veikomis susijusi informacija, derinamas veikimas ar neveikimas, iškilusių problemų sprendimas. Tą patvirtina liudytojo Jaskowski parodymai ir duomenys pateikti pradiniame Lietuvos prašyme dėl ekstradicijos.

2020-12-09 Džeraldas Paulauskas (vartotojo ID D5LV4T) siunčia tekstinius pranešimus Nerijui TAUTVYDUI (vartotojo ID 84AIUB):

Džeraldas Paulauskas informuoja Nerijų TAUTVYDĄ, kad Riccardo Marian Rotmann (lenkas) vykdo narkotinių medžiagų iškrovimo/pakrovimo darbus. Džeraldas Paulauskas informuoja, kad narkotinės medžiagos yra 5 rūšių ir Riccardo Marian Rotmann (lenkas) atsiųs narkotinių medžiagų nuotraukas.

Tekstinėse žinutėse Džeraldas Paulauskas klausinėja Nerijaus TAUTVYDO apie narkotinės medžiagos – hašišo kokybę. Džeraldas Paulauskas parašo, kad narkotinių medžiagų forma yra bandelės („lepioška") formos. Tikrinamos narkotinės medžiagos yra „Komers" rūšies („Komers" yra narkotinės medžiagos – hašišo rūšis). Džeraldas Paulauskas pasiūlo Nerijui TAUTVYDUI parūkyti hašišo, kad sužinoti kokia jo kokybė.

Džeraldas Paulauskas paklausia Nerijaus TAUTVYDO, ar jis perdavė Riccardo Marian Rotmann (lenkui), kad jo patikrintos narkotinės medžiagos – hašišas, atgabentos iš Libano yra tinkamos tik Rusijos Federacijos rinkai.

**4.** Iš ikiteisminio tyrimo metu surinktų duomenų (jau minėtų liudytojų parodymai, „Sky Ecc" sistemoje siųstų GNS dalyvių duomenų apžiūros) daroma išvada, jog NERIJUS

Nuorašas tikras
Generalinės prokuratūros Organizuotų nusikaltimų ir korupcijos tyrimo departamentas
2023-01-27

3 

TAUTVYDAS organizuojant minėtą nusikalstamą veiką buvo vienas pagrindinių organizatorių, t. y. NERIJUS TAUTVYDAS, veikdamas bendrai su kitais GNS lyderiais ir dalyviais buvo atsakingas už Libano Respublikoje įgyto labai didelio kiekio narkotinės medžiagos – kanapių dervos (hašišo) kokybės įvertinimą; narkotinių medžiagų gabenimo iš Latvijos Respublikos į Rusijos Federaciją saugiausio maršruto parinkimą, priedanginio krovinio dokumentų, reikalingų muitinės kontrolei, parengimą; organizavo ir koordinavo slėptuvių įrengimą marmuro gaminių plokštėse, jų gabenimą į sutartą vietą Latvijos Respublikoje; patalpų, priemonių, skirtų labai didelio kiekio narkotinių medžiagų laikymui, perpakavimui, krovimui į slėptuves, suradimą ir įgijimą; pats asmeniškai dalyvavo perpakuojant ir kraunant narkotines medžiagas į marmuro akmens plokštėse įrengtas slėptuves; šifruotomis elektroninėmis ryšio priemonėmis palaikė ryšį su kitais GNS dalyviais bei jam nepriklausančiais asmenimis apsikeičiant informacija apie narkotinių medžiagų įgijimo, laikymo, gabenimo, slėpimo detales; tiesiogiai ar per kitus asmenis davė nurodymas Latvijos piliečiui Aleksandrs Zaicevs dėl patalpų nuomos, reikiamo inventoriaus įgijimo ir pan.

**5.** Lietuvos Kriminalinės policijos biuro pareigūnas 2022-12-01 apklausė UAB „Akmenstata" vadovą Raimondą Pėčią ir jam parodė Mindaugo Švermicko ir NERIJAUS TAUTVYDO nuotraukas.

Prokurorė                                                                                                      Aida Japertienė

Aida Japertienė, tel. 8 5 2662 436; mob. Nr. +370 66236682, el. p. aida.japertiene@prokuraturos.lt

Nuorašas tikras
Generalinės prokuratūros Organizuotų nusikaltimų ir korupcijos tyrimo departamentas
2023-01-27

| DETALŪS METADUOMENYS ||
|---|---|
| **Dokumento sudarytojas (-ai)** | Generalinės prokuratūros Organizuotų nusikaltimų ir korupcijos tyrimo departamentas 288603320, Rinktinės g. 5A, LT-01515 Vilnius |
| **Dokumento pavadinimas (antraštė)** | PAPILDOMA INFORMACIJA DĖL NERIJAUS TAUTVYDO EKSTRADICIJOS IŠ JAV |
| **Dokumento registracijos data ir numeris** | 2023-01-27 Nr. IBPS-S-56036-23 |
| **Dokumento gavimo data ir dokumento gavimo registracijos numeris** | – |
| **Dokumento specifikacijos identifikavimo žymuo** | ADOC-V1.0 |
| **Informacija apie būdus, naudotus metaduomenų vientisumui užtikrinti** | "Registravimas" paskirties metaduomenų vientisumas užtikrintas naudojant "RCSC IssuingCA, VI Registru centras - i.k. 124110246 LT" išduotą sertifikatą "Informatikos ir ryšių departamentas prie LR vidaus reikalų ministerijos, Informatikos ir ryšių departamentas prie LR vidaus reikalų ministerijos, į.k.188774822 LT", sertifikatas galioja nuo 2022-02-28 14:20:39 iki 2025-02-27 14:20:39. Veiksmą atliko 2023-01-27 09:36:16 (GMT+02:00) Aida Japertienė, Prokurorė, Generalinės prokuratūros Organizuotų nusikaltimų ir korupcijos tyrimo departamentas<br>"Registravimas" paskirties metaduomenų vientisumas užtikrintas naudojant "RCSC IssuingCA, VI Registru centras - i.k. 124110246 LT" išduotą sertifikatą "Informatikos ir ryšių departamentas prie LR vidaus reikalų ministerijos, Informatikos ir ryšių departamentas prie LR vidaus reikalų ministerijos, į.k.188774822 LT", sertifikatas galioja nuo 2022-02-28 14:20:39 iki 2025-02-27 14:20:39. Veiksmą atliko 2023-01-27 09:36:16 (GMT+02:00) Informatikos ir ryšių departamentas prie LR vidaus reikalų ministerijos |
| **Pagrindinio dokumento priedų skaičius** | – |
| **Pagrindinio dokumento pridedamų dokumentų skaičius** | – |
| **Pridedamo dokumento sudarytojas (-ai)** | – |
| **Pridedamo dokumento pavadinimas (antraštė)** | – |
| **Pridedamo dokumento registracijos data ir numeris** | – |
| **Programinės įrangos, kuria naudojantis sudarytas elektroninis dokumentas, pavadinimas** | IBPS sistema, versija 1.3.18 |
| **Informacija apie elektroninio dokumento ir elektroninio (-ių) parašo (-ų) tikrinimą (tikrinimo data)** | Atitinka specifikacijos keliamus reikalavimus.<br>Visi dokumente esantys elektroniniai parašai galioja (2023-01-27 09:36:31) |
| **Elektroninio dokumento nuorašo atspausdinimo data ir jį atspausdinęs darbuotojas** | Nuorašą suformavo IBPS sistema 2023-01-27 09:36:31 Prokurorė Aida Japertienė |

Nuorašas tikras
Generalinės prokuratūros Organizuotų nusikaltimų ir korupcijos tyrimo departamentas
2023-01-27

**Translation from Lithuanian**

**Copy of digital document**



# LIETUVOS RESPUBLIKOS GENERALINĖ PROKURATŪRA
## PROSECUTOR GENERAL'S OFFICE OF THE REPUBLIC OF LITHUANIA
### DEPARTMENT FOR ORGANISED CRIME AND CORRUPTION INVESTIGATION

Ms Jurga Zieniūtė
Prosecutor
Department for Criminal Prosecution
Prosecutor General's Office

By e-mail: jurga.zieniute@prokuraturos.lt

**Original document shall not be sent**

27 January 2023, ref. no. TP-05-00009-22

Your date: 26 January 2023
Your ref. No. TP-05-00009-22

### RE: SUPPLEMENTARY INFORMATION REGARDING NERIJUS TAUTVYDAS EXTRADITION FROM U.S.

In response to your letter "EXTRADITION OF NERIJUS TAUTVYDAS FROM U.S.: REQUEST FOR SUPPLEMENTARY INFORMATION", we hereby provide you with the following supplementary information:

**1. a)** Currently pre-trial investigation file contains information on two cash registers used by members of the armed criminal organisation (hereinafter referred to as ACO), namely:

- cash box wherein all ACO members (including leaders) deposit a fixed amount of money (membership fee) and a certain share of the profits from the criminal activities committed by ACO. This money is used for ensuring proper legal defence of ACO members who are prosecuted, financial support to ACO members serving custodial sentences, families thereof, etc. The above-mentioned data have been substantiated by witness testimonies and declassified consolidated (aggregate) data which have not been declassified yet in full extent with regard to legitimate interests of the subject of the investigation (so as not to disclose methods used in investigation as well as sources of information), however, such full-extent declassification is scheduled for the near future without prejudice to legitimate interests of the subject of the investigation.

- Cash box where cash proceeds from joint criminal activities committed by Džeraldas Paulauskas, Valdemaras Raudonis, NERIJUS TAUTVYDAS, Ramūnas Lapinskas, and Oleg Kravchenko have been kept. The money obtained from the trafficking in narcotic substances abroad was transported to Lithuania where the profits were shared between ACO members, and decisions were made on certain share of the money to be exploited for further investments in acquisition of narcotic substances, facilitation of smuggling of narcotic substances and elimination of any obstacles hindering the commission of such smuggling, etc. The above-mentioned data have been substantiated by data obtained from French law enforcement authorities on the grounds of EIO concerning data sent and received by the aforementioned persons in Sky Ecc system.

Such information has also been substantiated by the testimony of witness M.K. (whose details are

Budgetary institution, 5A Rinktinės St., LT-01515 Vilnius
Data collected and stored in the Register of Legal Entities, code 288603320
Tel (8 5) 266 2304, fax (8 5) 266 2317, e-mail: generaline.prokuratura@prokuraturos.lt

not to be disclosed for reasons of personal security and success of the investigation). During the interview witness M.K. testified as follows: "I have heard from those persons that every month each member of the group deposits 10% of the money received from the commission fo the criminal acts into the group's common fund, the so-called *"obshchak"* (author's note: "common cash fund"), or, if a person did not have any income derived from criminality that month, he or she must still pay a certain amount of money - a fixed % share. I cannot say what that amount is. I don't know who keeps/stores the *"obshchak"* either".

Currently we have no information in the context of this criminal case about the place where the said money was stored, and active steps are being taken in order to establish the location of the money.

*/stamp:* True copy
Department for Organised Crime and Corruption Investigation
Prosecutor General's Office
27 January 2023/

**1. b)** During the investigation, a review of the data sent and received by ACO members in Sky Ecc system revealed that NERIJUS TAUTVYDAS used to give regular instructions to Mindaugas Švermickas regarding the cash which was jointly possessed by ACO leaders and use of thereof.

**1. c)** During the investigation, a review of the data sent and received by ACO members in Sky Ecc system revealed that NERIJUS TAUTVYDAS used to give regular instructions to Mindaugas Švermickas regarding ACO leaders and the cash which was jointly held [by them]. NERIJUS TAUTVYDAS used to instruct Mindaugas Švermickas on whom to hand over specific amounts of money, which sums of money were to be transported to certain places for concealment, etc.

Witness Jaskowski gave important details about the "common cash fund" and use of common funds. During his interview witness Jaskowski testified (apart from other significant circumstances) that Jaskowski knew from the stories told by "Džerkiniai" and the drivers that N. TAUTVYDAS and V. Raudonis were always involved in the loading and unloading of hashish in Spain and the money in Holland. It was Dž. Paulauskas, N. TAUTVYDAS and V. Raudonis who used to meet Jaskowski. ***Under their instructions and at their expense***, Jaskowski acquired a Chereau semi-trailer in the Netherlands (there is an invoice dated 21 October 2015 in the case file) in whose floor a hiding place was later installed in Lithuania. That hiding place contained as much as 400-500 kg of hashish. In total, there were many meetings both in Poland and Lithuania as well as in Spain and the Netherlands. One of these meetings took place on 10 October 2016 in Augustów, Poland, during which N. TAUTVYDAS ***handed over EUR 200,000*** to him. Dž. Paulauskas and N. TAUTVYDAS were there.

**2.** The subject of the investigation possesses data (part whereof has been declassified and submitted to the pre-trial investigation) on the criminal activities carried out by ACO members since 2014. The information in question is that ACO leaders and ACO members close to them have participated in meetings with ACO members from abroad. In the context of investigations conducted by other foreign countries with regard to some of these persons who unlawfully possessed narcotic substances together with the members of ACO set up by „Džerka" there is a criminal prosecution going on. In his testimony witness Jaskowski stated that "there have been many meetings in Poland and Lithuania as well as in Spain and the Netherlands".

**3.** "The data of ACO members sent to Sky Ecc system and the declassified aggregate data show that Nerijus Tautvydas is one of the persons in leading position in ACO structure. This conclusion has been based on the analysis of the totality of Sky Ecc messages which demonstrate that he was provided with important information (such information used to be transmitted by Dž.

Budgetary institution, 5A Rinktinės St., LT-01515 Vilnius
Data collected and stored in the Register of Legal Entities, code 288603320
Tel (8 5) 266 2304, fax (8 5) 266 2317, e-mail: generaline.prokuratura@prokuraturos.lt

Paulauskas himself) relating to the commission of criminal offences, actions or omission thereof was coordinated with him, and any arising problems were handled with him as well. This has been substantiated by the testimony of witness Jaskowski and by the data provided in the primary extradition request submitted by Lithuania.

*On 9 December 2020 Džeraldas Paulauskas (user ID D5LV4T) sends text messages to Nerijus TAUTVYDAS (user ID 84AIUB):*

*Džeraldas Paulauskas informs Nerijus TAUTVYDAS that Riccardo Marian Rotmann (Polish guy) is carrying out unloading/loading of narcotic substances. Džeraldas Paulauskas informs [Nerijus] that there are 5 types of narcotic substances and that Riccardo Marian Rotmann (Polish guy) will send photos of narcotic substances.*

*In his text messages, Džeraldas Paulauskas asks Nerijus TAUTVYDAS about the quality of the narcotic substance hashish. Džeraldas Paulauskas writes that narcotic substances have the form of a yeast bun* ("lepyoshka"). *The type of narcotic substances which is being checked is "Komers" ("Komers" is a type of narcotic substance hashish). Džeraldas Paulauskas offers Nerijus TAUTVYDAS to smoke hashish in order to find out its quality.*

*Džeraldas Paulauskas asks Nerijus TAUTVYDAS whether he has told Riccardo Marian Rotmann (Polish guy) that the narcotic drugs checked by him, that is, hashish imported from Lebanon, are only suitable for the market of Russian Federation.*

4.     Based on the evidence gathered during the pre-trial investigation (testimonies of witnesses referred to above, examination of the data of ACO members sent via Sky Ecc system), one may conclude that NERIJUS

*/stamp:* True copy
Department for Organised Crime and Corruption Investigation
Prosecutor General's Office
27 January 2023/

TAUTVYDAS was one of the main organisers of the above-mentioned criminal offence, i.e. NERIJUS TAUTVYDAS, while acting jointly with other ACO leaders and members, was responsible for:
assessing the quality of a particularly large quantity of the narcotic substance - cannabis resin (hashish) acquired in the Republic of Lebanon;
selection of the most secure route for the transport of narcotic substances from the Republic of Latvia to Russian Federation;
preparation of the documents necessary for customs control of the *cover* cargo;
organisation and coordination of installing hiding places in marble product plates and transportation thereof to the agreed location in the Republic of Latvia;
location and acquisition of premises and equipment for the purposes of storage of particularly large quantities of narcotic substances, repackaging and loading thereof into hiding places;
he participated directly in repackaging and loading of narcotic substances in the hiding places which had been installed in the marble plates;
communication by encrypted electronic means with other ACO members as well as with persons outside ACO, exchange of information on the details of acquisition, storage, transport and concealment of narcotic substances;
giving instructions (directly or through other persons) to Latvian national Aleksandrs Zaicevs concerning rent of premises, acquisition of necessary equipment, etc.

Budgetary institution, 5A Rinktinės St., LT-01515 Vilnius
Data collected and stored in the Register of Legal Entities, code 288603320
Tel (8 5) 266 2304, fax (8 5) 266 2317, e-mail: generaline.prokuratura@prokuraturos.lt

**5.** On 1 December 2022, the officer of Lithuanian Criminal Police Bureau interviewed Raimondas Pėčia, director of UAB (private limited liability company) "Akmenstata", and showed him pictures of Mindaugas Švermickas and NERIJUS TAUTVYDAS.

Prosecutor                                                                 Ms Aida Japertienė

By Ms Aida Japertienė, tel. no. 8 5 2662 436; cell phone No. +370 66236682, e-mail aida.japertiene@prokuraturos.lt

/stamp: True copy
Department for Organised Crime and Corruption Investigation
Prosecutor General's Office
27 January 2023/

*Translation corresponds to the original text.*
*A. Gilytė, translator/interpreter of the Prosecutor General's Office of the Republic of Lithuania, has been warned about criminal liability under Article 235 of the Criminal Code of the Republic of Lithuania for making a false or deliberately misleading translation.*

Budgetary institution, 5A Rinktinės St., LT-01515 Vilnius
Data collected and stored in the Register of Legal Entities, code 288603320
Tel (8 5) 266 2304, fax (8 5) 266 2317, e-mail: generaline.prokuratura@prokuraturos.lt

| DETAILED METADATA ||
|---|---|
| **Author(s) of the document** | Department for Organised Crime and Corruption Investigation, Prosecutor General's Office 288603320, 5A Rinktinės St., LT-01515 Vilnius |
| **Name (heading) of the document** | RE: SUPPLEMENTARY INFORMATION REGARDING NERIJUS TAUTVYDAS EXTRADITION FROM U.S. |
| **Date and number of registration of the document** | 27 January 2023, ref. No. IBPS-S-56036-23 |
| **Date of receipt of the document and reference number of the receipt of the document** | - |
| **Mark of document specification identification** | ADOC-V1.0 |
| **Information about means used to ensure the integrity of metadata** | The integrity of metadata having the objective of "Registravimas" (registration) has been ensured by using the certificate issued by "RCSC Issuing CA, VĮ Registru centras – company code 124110246 LT" i.e. "Information Technology and Communications Department under the Ministry of the Interior of the Republic of Lithuania, Information Technology and Communications Department under the Ministry of the Interior of the Republic of Lithuania, company code 188774822 LT"; certificate valid from 28 February 2022 14:20:39 until 27 February 2025 14:20:39. The action has been carried out on 27 January 2023 at 09:36:16 (GMT +02:00) by Aida Japertienė, Prosecutor, Department for Organised Crime and Corruption Investigation, Prosecutor General's Office<br>The integrity of metadata having the objective of "Registravimas" (registration) has been ensured by using the certificate issued by "RCSC Issuing CA, VĮ Registru centras – company code 124110246 LT" i.e. "Information Technology and Communications Department under the Ministry of the Interior of the Republic of Lithuania, Information Technology and Communications Department under the Ministry of the Interior of the Republic of Lithuania, company code 188774822 LT"; certificate valid from 28 February 2022 14:20:39 to 27 February 2025 14:20:39. The action was carried out on 27 January 2023 at 09:36:16 (GMT +02:00)<br>Information Technology and Communications Department under the Ministry of the Interior of the Republic of Lithuania |
| **Number of annexes attached to the main document** | - |
| **Number of documents enclosed to the main document** | - |
| **Author(s) of the enclosed document** | - |

Budgetary institution, 5A Rinktinės St., LT-01515 Vilnius
Data collected and stored in the Register of Legal Entities, code 288603320
Tel (8 5) 266 2304, fax (8 5) 266 2317, e-mail: generaline.prokuratura@prokuraturos.lt

| Name (heading) of the enclosed document | - |
|---|---|
| Registration date and number of the enclosed document | - |
| Name of software using which the electronic document was drawn up | IBPS (Integrated Criminal Procedure System) system, version 1.3.18 |
| Information about the verification of electronic document and electronic signature(s) (date of verification) | In line with the requirements set out in relevant specification.<br>All e-signatures in the document are valid (27 January 2023 09:36:31). |
| Date of print-out of the copy of electronic document and employee who printed it | Transcript was created by IBPS system on 27 January 2023 at 09:36:31 Prosecutor Aida Japertienė |

/stamp:/ True copy
Department for Organised Crime and Corruption Investigation
Prosecutor General's Office
27 January 2023/

*Translation corresponds to the original text.*
*A. Gilytė, translator/interpreter of the Prosecutor General's Office of the Republic of Lithuania, has been warned about criminal liability under Article 235 of the Criminal Code of the Republic of Lithuania for making a false or deliberately misleading translation.*



Budgetary institution, 5A Rinktinės St., LT-01515 Vilnius
Data collected and stored in the Register of Legal Entities, code 288603320
Tel (8 5) 266 2304, fax (8 5) 266 2317, e-mail: generaline.prokuratura@prokuraturos.lt